UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| FREDERICK L. HOWELL, | ) | C/A No. 4:12-2808-JFA-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WARDEN LIEBER CORRECTIONAL INSTITUTION, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court upon Petitioner's second motion to compel discovery filed April 19, 2013. (Doc.#51). Respondent has five (5) days from the date of this order to file a response to this motion.

**IT IS SO ORDERED.**

May 16, 2013                                  s/Thomas E. Rogers, III
Florence, South Carolina              Thomas E. Rogers, III
                                                    United States Magistrate Judge