UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| FREDERICK L. HOWELL,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN LIEBER CORRECTIONAL INSTITUTION,<br><br>Respondent. | ) C/A No. 4:12-2808-JFA-TER<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

This matter is before the court upon Petitioner's second motion to compel discovery filed April 19, 2013. (Doc.#51). Respondent has five (5) days from the date of this order to file a response to this motion.

**IT IS SO ORDERED.**

May 16, 2013                                s/Thomas E. Rogers, III
Florence, South Carolina              Thomas E. Rogers, III
                                                    United States Magistrate Judge